United States Bankruptcy Court
Eastern District of Pennsylvania

In re:    Case No. 15-16053-mdc
Ray A. Williams    Chapter 13
Yoland P. Williams
    Debtors

## CERTIFICATE OF NOTICE

District/off: 0313-2    User: PaulP    Page 1 of 1    Date Rcvd: Aug 22, 2016
                             Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 24, 2016.
db/jdb       +Ray A. Williams,   Yoland P. Williams,   2345 Dixon Avenue,   Croydon, PA 19021-5122

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                            TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 24, 2016                                                             Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 22, 2016 at the address(es) listed below:
         ANDREW F GORNALL    on behalf of Creditor    Nationstar Mortgage LLC agornall@kmllawgroup.com, bkgroup@kmllawgroup.com
         JAMES RANDOLPH WOOD    on behalf of Creditor    Bristol Township jwood@portnoffonline.com, jwood@ecf.inforuptcy.com
         JOHN L. MCCLAIN    on behalf of Joint Debtor Yoland P. Williams aaamcclain@aol.com, edpabankcourt@aol.com
         JOHN L. MCCLAIN    on behalf of Debtor Ray A. Williams aaamcclain@aol.com,   edpabankcourt@aol.com
         JONATHAN WILKES CHATHAM    on behalf of Creditor    PA Dept of Revenue RA-occbankruptcy7@pa.gov
         JOSHUA ISAAC GOLDMAN    on behalf of Creditor    Nationstar Mortgage LLC bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
         KEVIN S. FRANKEL    on behalf of Creditor    Nationstar Mortgage LLC pa-bk@logs.com
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
         WILLIAM C. MILLER    ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                                                                                                                                                          TOTAL: 9

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Ray A. Williams aka Ray Anthony Williams<br>Yoland P. Williams aka Yoland Patricia Williams<br>                Debtors | CHAPTER 13 |
| Nationstar Mortgage LLC<br>                Movant<br>vs. | NO. 15-16053 MDC |
| Ray A. Williams aka Ray Anthony Williams<br>Yoland P. Williams aka Yoland Patricia Williams<br>                Debtors | 11 U.S.C. Section 362 |
| William C. Miller Esq.<br>                Trustee | |

## STIPULATION

AND NOW, it is hereby stipulated and agreed by and between the undersigned as follows:

1. The post-petition arrearage on the mortgage held by the Movant on Debtors' residence is **$14,943.74**, which breaks down as follows;

| | |
|---|---|
| Post-Petition Payments: | November 2015 through July 2016 at $1,693.36 each |
| Fees & Costs Relating to Motion: | $1,026.00 |
| Suspense Balance: | ($1,322.50) |
| **Total Post-Petition Arrears** | **$14,943.74** |

2. Debtors shall cure said arrearages in the following manner;

   a). Within seven (7) days of the filing of this Stipulation, Debtors shall file an Amended Chapter 13 plan to include the post-petition arrears of $14,943.74 along with the pre-petition arrears;

   b). Movant shall file an Amended or Supplemental Proof of Claim to include the post-petition arrears of $14,943.74 along with the pre-petition arrears;

   c). The new 410A form for a Proof of Claim shall not be required for this Amended or Supplemental Proof of Claim;

   d). Maintenance of current monthly mortgage payments to the Movant thereafter.

3. Should Debtors provide sufficient proof of payments (front & back copies of cancelled checks and/or money orders) made, but not credited, Movant shall adjust the account accordingly.

4. In the event the payments under Section 2 above are not tendered pursuant to the terms of this stipulation, Movant shall notify Debtors and Debtors's attorney of the default in writing and Debtors may cure said default within FIFTEEN (15) days of the date of said notice. If Debtors should fail to cure the default within fifteen (15) days, Movant may file a Certification of Default with the Court and the Court shall enter an Order granting the Movant relief from the automatic stay.

5. The stay provided by Bankruptcy Rule 4001(a)(3) is waived.

6. If the case is converted to Chapter 7, Movant shall file a Certification of Default with the court and the court shall enter an order7 granting Movant relief from the automatic stay.

7. If the instant bankruptcy is terminated by either dismissal or discharge, this agreement shall be null and void, and is not binding upon the parties.

8. The provisions of this stipulation do not constitute a waiver by Movant of its right to seek reimbursement of any amounts not included in this stipulation, including fees and costs, due under the terms of the mortgage and applicable law.

9. The parties agree that a facsimile signature shall be considered an original signature.

Date: July 20, 2016     By: /s/ Joshua I. Goldman, Esquire
                            Joshua I. Goldman, Esquire
                            Attorneys for Movant
                            KML Law Group, P.C.
                            Main Number: (215) 627-1322

Date: 8/4/16
                            John L. McClain Esq.    Mitchell J. Prince ESQ.
                            Attorney for Debtors

*No Objection: [signature] / TRUSTEE*
*without prejudice to any trustee rights or remedies*

Approved by the Court this 22nd day of August, 2016. However, the court retains discretion regarding entry of any further order.

                            Magdeline D. Coleman
                            Bankruptcy Judge
                            Magdeline D. Coleman

Nationstar Mortgage LLC
350 Highland Drive
Lewisville, TX 76067