**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                                                                : Chapter 13

**Williams, Ray A.
Williams, Yoland P.
    Debtors**

                                                       :           15-16053 mdc

**CERTIFICATE OF SERVICE OF
DEBTORS' AMENDED CHAPTER 13 PLAN**

     I certify that on  September 6, 2016 , the standing trustee and all creditors of the debtor at their addresses as shown in the schedules accompanying the debtors' petition were served a copy of the Debtors' Amended Chapter 13 Plan either by way of ECF or by first class regular U.S. mail.

Dated: September 6, 2016

                                      "/s/" Mitchell J. Prince
                                      John L. McClain, Esquire
                                      Mitchell J. Prince, Esquire
                                      Attorneys for debtors

John L. McClain and Associates
PO Box 123
Narberth, PA 19072