# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Ray A. Williams aka Ray Anthony Williams<br>Yoland P. Williams aka Yoland Patricia Williams<br>Debtor | CHAPTER 13 |
| Nationstar Mortgage LLC, its successors and/or assigns<br>Moving Party<br>vs. | NO. 15-16053 MDC |
| Ray A. Williams aka Ray Anthony Williams<br>Yoland P. Williams aka Yoland Patricia Williams<br>Debtor | |
| William C. Miller Esq.<br>Trustee | 11 U.S.C. Section 362 |

## PRAECIPE TO WITHDRAW

### TO THE CLERK OF THE BANKRUPTCY COURT:

Kindly withdraw the Objection to Confirmation of Nationstar Mortgage LLC, which was filed with the Court on or about **December 7, 2015**.

Respectfully submitted,

**/s/ Joshua I. Goldman, Esquire**
Joshua I. Goldman, Esquire
Attorneys for Movant/Applicant
KML Law Group, P.C.
Main Number: (215) 627-1322

September 7, 2016