**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                    : Chapter 13
  Williams, Ray A.
  Williams, Yoland P.
            Debtors              :  15-16053 mdc


**ORDER FOR ALLOWANCE OF COMPENSATION
<u>AND REIMBURSEMENT OF EXPENSES</u>**


AND NOW, to wit, this <u>12th</u> day of <u>December</u>, 2016, upon consideration of the "Disclosure of Compensation of Attorney for Debtor" filed and/or the foregoing Motion For allowance of Compensation and Reimbursement of Expenses, IT IS HEREBY

    ORDERED that the Motion is hereby granted a total fee of $6,000.00 and further, the unpaid balance of $5,000.00 of the legal fees and incurred expenses shall be paid through debtors' Chapter 13 Plan through the office of the Chapter 13 trustee as an administrative priority expense, to the extent provided for by the Debtors' confirmed plan.

_____
                  Bankruptcy Judge

John L. Mc Clain, Attorney for Debtor
John L. Mc Clain and Associates
PO Box 123
Narberth, PA 19072-0123

William C. Miller, Trustee
P.O. Box 40119
Philadelphia, PA 19106


Williams, Ray A. Williams, Yoland P.
2345 Dixon Ave
Croydon, PA 19021