## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Ray A. Williams and Yoland P. Williams | CHAPTER 13 |
| <u>Debtor(s)</u> | BKY. NO. 15-16053 MDC |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of Nationstar Mortgage LLC, as Servicer, and index same on the master mailing list.

Re: Loan # Ending In: 9573

                                        Respectfully submitted,

                                        **<u>/s/Thomas Puleo, Esquire</u>**
                                        Thomas Puleo, Esquire
                                          Brian C. Nicholas, Esquire
                                          KML Law Group, P.C.
                                          701 Market Street, Suite 5000
                                          Philadelphia, PA 19106-1532
                                          (215) 825-6306  FAX (215) 825-6406