**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                              : Chapter 13
    Williams, Ray A.
    Williams, Yoland P.
        Debtors                                  : 15-16053 mdc

## ORDER TERMINATING WAGE ORDER

    **AND NOW,** this 19th day of July 2017, upon consideration of the Debtor's counsel's Application to Terminate Wage Order, it is hereby

    **ORDERED**, that the wage order previously entered in this case, directing LGA Hotel LLC to make monthly payments on behalf the debtor to the chapter 13 trustee, is hereby terminated.

                BY THE COURT

                _Magdeline D. Coleman_
                JUDGE

John L. Mc Clain, Attorney for Debtor
John L. Mc Clain and Associates
PO Box 123
Narberth, PA 19072-0123


Williams, Ray A.
Williams, Yoland P.
2345 Dixon Ave
Croydon, PA 19021

William C. Miller, Trustee
P.O. Box 40119
Philadelphia, PA 19106

LGA Hotel LLC
Marriot Courtyard at Laguardia
East Elmhurst, NY 11369