United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Ray A. Williams  
Yoland P. Williams  
    Debtors

Case No. 15-16053-mdc  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2        User: PaulP              Page 1 of 1         Date Rcvd: Jul 19, 2017
                            Form ID: pdf900          Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 21, 2017.
db/jdb         #+Ray A. Williams,    Yoland P. Williams,    2345 Dixon Avenue,    Croydon, PA 19021-5122
               LGA Hotel LLC,    Marriot Courtyard at Laguardia,    East Elmhurst, NY  11369

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

     ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 21, 2017                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 19, 2017 at the address(es) listed below:
     ANDREW F GORNALL    on behalf of Creditor    Nationstar Mortgage LLC agornall@kmllawgroup.com,
      bkgroup@kmllawgroup.com
     JAMES RANDOLPH WOOD    on behalf of Creditor    Bristol Township jwood@portnoffonline.com,
      jwood@ecf.inforuptcy.com
     JOHN L. MCCLAIN    on behalf of Debtor Ray A. Williams aaamcclain@aol.com,   edpabankcourt@aol.com
     JOHN L. MCCLAIN    on behalf of Joint Debtor Yoland P. Williams aaamcclain@aol.com,
      edpabankcourt@aol.com
     JONATHAN WILKES CHATHAM    on behalf of Creditor    PA Dept of Revenue RA-occbankruptcy7@pa.gov
     JOSHUA ISAAC GOLDMAN    on behalf of Creditor    Nationstar Mortgage LLC bkgroup@kmllawgroup.com,
      bkgroup@kmllawgroup.com
     KEVIN S. FRANKEL    on behalf of Creditor    Nationstar Mortgage LLC pa-bk@logs.com
     THOMAS I. PULEO    on behalf of Creditor    Nationstar Mortgage LLC tpuleo@kmllawgroup.com,
      bkgroup@kmllawgroup.com
     United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
     WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                             TOTAL: 10

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                           : Chapter 13
    Williams, Ray A.
    Williams, Yoland P.
        Debtors                          : 15-16053 mdc

**ORDER TERMINATING WAGE ORDER**

    **AND NOW,** this 19th day of July 2017, upon consideration of the Debtor's counsel's Application to Terminate Wage Order, it is hereby

    **ORDERED**, that the wage order previously entered in this case, directing LGA Hotel LLC to make monthly payments on behalf the debtor to the chapter 13 trustee, is hereby terminated.

        BY THE COURT

        _Magdeline D. Coleman_
        JUDGE

John L. Mc Clain, Attorney for Debtor
John L. Mc Clain and Associates
PO Box 123
Narberth, PA 19072-0123

Williams, Ray A.
Williams, Yoland P.
2345 Dixon Ave
Croydon, PA 19021

William C. Miller, Trustee
P.O. Box 40119
Philadelphia, PA 19106

LGA Hotel LLC
Marriot Courtyard at Laguardia
East Elmhurst, NY 11369