**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Ray A. Williams aka Ray Anthony Williams<br>Yoland P. Williams aka Yoland Patricia Williams<br>　　　　Debtors | Chapter 13 |
| Nationstar Mortgage LLC<br>　　　　Movant<br>　　v.<br>Ray A. Williams aka Ray Anthony Williams<br>Yoland P. Williams aka Yoland Patricia Williams<br>　　　　Debtors<br><br>William C. Miller<br>　　　　Trustee | NO. 15-16053 MDC |

**ORDER**

AND NOW, this 18th day of October, 2017 upon the filing of a Certification of Default by the Movant in accordance with the Stipulation of the parties approved on August 22, 2016 it is ORDERED AND DECREED that:

The Automatic Stay of all proceedings, as provided under Section 362 of Title 11 of the United States Code, as amended (the Bankruptcy Code), is modified as to Movant, with regard to the mortgaged property, to allow Nationstar Mortgage LLC, or its successor or assignee, to proceed with its rights and remedies under the terms of the mortgage on 2345 Dixon Avenue, Croydon, PA 19021.

The stay provided by Bankruptcy Rule 4001(a)(3) has been waived.

*Magdeline D. Coleman*
United States Bankruptcy Judge

cc: See attached service list

Ray A. Williams aka Ray Anthony Williams
2345 Dixon Avenue
Croydon, PA 19021
Yoland P. Williams aka Yoland Patricia Williams
2345 Dixon Avenue
Croydon, PA 19021

William C. Miller, Esq.
1234 Market Street
Suite 1813
Philadelphia, PA 19107

John L. McClain Esq.
P.O. Box 123
Narberth, PA 19072

KML Law Group, P.C.
Suite 5000 – BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532