# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

    Chapter 13

    Bankruptcy No. 15-16053-MDC

RAY A. WILLIAMS
YOLAND P. WILLIAMS
2345 DIXON AVENUE

CROYDON, PA 19021

    Debtor

## CERTIFICATE OF SERVICE

    **AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

  Debtor(s), at the address listed, by first class mail.

    RAY A. WILLIAMS
    YOLAND P. WILLIAMS
    2345 DIXON AVENUE

    CROYDON, PA 19021

Counsel for debtor(s), by electronic notice only.

    JOHN L. MCCLAIN
    JOHN L MCCLAIN AND ASSOCIATES
    PO BOX 123
    NARBERTH, PA 19072-

Date: 11/6/2017

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee